[No. 10884-1-I. Division One. August 13, 1984.]

DIANA BALDWIN ANDERSON, *Individually and as Executrix,*
ET AL, *Respondents*, v. DEXTER REALTY,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 855314, Hugh R. McGough, J. Pro Tem.,
entered October 2, 1981. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Corbett, A.C.J., and

Scholfield, J.